IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

DAVID MIGDAL, et al., :
    Plaintiffs :
:
v. : Civil No. AMD 98-2162
:
ROWE PRICE-FLEMING :
INTERNATIONAL, INC., et al., :
    Defendants :

...o0o...

ORDER

In accordance with the foregoing Memorandum, it is this 20th day of March, 2000, ORDERED

(1) That the motion to dismiss filed by defendants is GRANTED AND THIS CASE IS DISMISSED WITH PREJUDICE; and it is further ORDERED

(2) That the Clerk shall CLOSE THIS CASE and TRANSMIT copies of this Order and the foregoing Memorandum to all counsel.

                    /s/ Andre M. Davis
                    ANDRE M. DAVIS
                    United States District Judge


